UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Amber S. Sparling            Docket No. 5:14-MJ-1860-1

**Petition for Action on Probation**

COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Amber S. Sparling, who, upon an earlier plea of guilty by waiver to Driving While Impaired Level 5, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on February 4, 2015, to a 12-month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 19, 2015, the defendant reported to the probation office and submitted a urine specimen. She admitted that she has been a chronic user of marijuana for the past ten years, and last smoked on February 18, 2015. She previously underwent an assessment at Raintree Clinic, is returning there for follow-up, and will begin the recommended course of treatment. In an effort to more closely monitor the defendant for any future drug use through the Surprise Urinalysis Program and refer for additional treatment, if needed, it is respectfully recommended that her conditions of supervision be modified to include drug aftercare.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Debbie W. Starling
Debbie W. Starling
U.S. Probation Officer
310 Dick Street, Fayetteville, NC 28301
Phone: 910-354-2536
Executed On: February 20, 2015

**ORDER OF THE COURT**

Considered and ordered this __20th__ day of __February__, 2015 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge