UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
DOCKET NO. 5:14-MJ-1860-1

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| **Amber S. Sparling** | ) | |
| | ) | |

On February 4, 2015, Amber S. Sparling appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon a plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced to a 12 month term of probation.

From evidence presented at the revocation hearing on July 8, 2015, the court finds as a fact that Amber S. Sparling, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be continued with the following modifications:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. Location Monitoring shall be suspended from August 6, 2015, to August 10, 2015, so long as the defendant is in compliance at that time. The defendant must pay a portion of the monitoring cost based upon her ability to pay and as directed by the probation officer.

3. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 90 consecutive days. The defendant must pay a portion of the monitoring cost based upon her ability to pay and as directed by the probation officer.

    The defendant will appear before the Court during the October 2015, term, in Fayetteville, for a status hearing.

    **IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

    This the 8th day of July, 2015.

                                                           _____
                                                           Kimberly A. Swank
                                                            U.S. Magistrate Judge