| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Amber S. Sparling** | ) | |
| | ) | |

On February 4, 2015, Amber S. Sparling appeared before the Honorable Kimberly A. Swank, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Driving While Impaired – Level 5, in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on July 8, 2015, the court found as a fact that Amber S. Sparling had violated the terms and conditions of the judgment by using a controlled substance. The court continued and modified probation by adding conditions for alcohol abstinence, home detention with electronic monitoring and remote alcohol monitoring. The court also directed the defendant to report back to court during the October 2015 term in Fayetteville for a status hearing.

At the status hearing on October 7, 2015, the probation officer reported the defendant has remained in compliance since the July 8, 2015, hearing. **IT IS THEREFORE, ORDERED** that the conditions of home detention with electronic monitoring and remote alcohol monitoring be terminated and probation supervision will continue until the scheduled expiration date of February 3, 2016.

This the 7th day of October, 2015

Kimberly A. Swank
U.S. Magistrate Judge